IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Nichols, James T | Case Number: 07 B 09585 |
|---|---|---|
| | Nichols, Sharon L | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 5/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: January 21, 2009
Confirmed:  October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,420.00 | |
| Secured: | | 4,778.81 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 441.19 |
| Other Funds: | | 0.00 |
| Totals: | 7,420.00 | 7,420.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 2,200.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 1,755.69 | 539.69 |
| 5. | HomEq Servicing Corp | Secured | 15,372.48 | 3,466.22 |
| 6. | HomEq Servicing Corp | Secured | 3,427.78 | 772.90 |
| 7. | Asset Acceptance | Unsecured | 18.56 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 35.05 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 133.25 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 104.59 | 0.00 |
| 11. | Chrysler Financial Services Americas LLC | Unsecured | 761.07 | 0.00 |
| 12. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Great American Finance Company | Unsecured | | No Claim Filed |
| 15. | Caine & Weiner | Unsecured | | No Claim Filed |
| 16. | Cbe Group | Unsecured | | No Claim Filed |
| 17. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 18. | GC Services | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 23,808.47 | $ 6,978.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Nichols, James T | Case Number:  07 B 09585 |
| Nichols, Sharon L | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  5/25/07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 206.30 |
| 6.5% | 175.50 |
| 6.6% | 59.39 |
| | $ 441.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

